# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MIGUEL ANGEL MALDONADO,<br><br>Defendant. | Case No.: 21-cr-2650-AJB<br><br>**JUDGMENT AND ORDER DISMISSING THE INDICTMENT WITHOUT PREJUDICE** |

Based upon the Motion to Dismiss the Indictment Without Prejudice, and for the reasons set forth therein, and for good cause appearing therefor, IT IS HEREBY ORDERED THAT:

The United States' Motion is GRANTED, and the Indictment is dismissed without prejudice.

DATED: September 30, 2021

*Janis L. Sammartino*

For HONORABLE ANTHONY J. BATTAGLIA
UNITED STATES DISTRICT COURT JUDGE